1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA A. DOYLE,                                     ) | 1:06-CV-1863 AWI JMD (HC) |
| )| |
| Petitioner,        ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #11] |
| ) | |
| v.                 ) | ORDER DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| TINA HORNBECK,                                     ) | TO ENTER JUDGMENT |
| ) | |
| Respondent.        ) | |
| ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 17, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On October 9, 2008, Petitioner filed objections to the Findings and Recommendation. In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendation based on the points raised in the objections.

1

2          Accordingly, IT IS HEREBY ORDERED that:

3          1.      The Findings and Recommendation issued September 17, 2008, is ADOPTED IN

4                  FULL;

5          2.      The Petition for Writ of Habeas Corpus is DENIED with prejudice;

6          3.      The Clerk of Court is DIRECTED to enter judgment; and

7          4.      A certificate of appealability is not necessary as the instant petition challenged the

8                  denial of parole. See Rosas v. Nielsen, 428 F.3d 1229, 1231-1232 (9th Cir. 2005);

9                  White v. Lambert, 370 F.3d 1002, 1010-1013 (9th Cir. 2004).

10

11   IT IS SO ORDERED.

12   **Dated:    December 15, 2008**              **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28